DAVID A. BELCHER (SBN 330166)
david.belcher@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

JAMES J. SAUL (*Pro Hac Vice*)
j.j.saul@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, Illinois 60606
Telephone: +1 312 569 1000
Facsimile: +1 312 569 3000

Attorneys for Plaintiff
LYRICAL CORP. II, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LYRICAL CORP. II, LLC,

Plaintiff,

v.

LYRICAL MEDIA LLC,

Defendant.

Case No. 2:26-cv-04949-SPG-SSC

**DECLARATION OF JAMES J. SAUL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT LYRICAL MEDIA LLC'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11**

Date: August 12, 2026
Time: 1:30 p.m.
Judge: Hon. Sherilyn Peace Garnett
Crtrm: 5C

*[Memorandum in Opposition to Motion filed concurrently herewith]*

# DECLARATION OF JAMES J. SAUL

I, James J. Saul, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Illinois. I am a partner at the law firm of Faegre Drinker Biddle & Reath LLP and have been admitted pro hac vice in this Court to represent Plaintiff Lyrical Corp. II, LLC ("Lyrical") in the above-captioned action. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently to such matters.

2. On January 23, 2003, Lyrical filed U.S. App. Ser. No. 76/484,579 in the United States Patent and Trademark Office seeking to register LYRICAL in connection with investment and financial management and advisory services. The application matured to Reg. No. 3,107,200 on June 20, 2006. Lyrical inadvertently allowed the registration to lapse in 2017 when it failed to file a declaration of use and subsequently filed a new application on March 2, 2022.

3. On August 23, 2024, Lyrical filed a Petition to Cancel in the United States Trademark Trial and Appeal Board ("TTAB") seeking to cancel Lyrical Media's registration for LYRICAL MEDIA in connection with Class 36 financial services. A true and correct copy of the Partial Petition to Cancel is attached hereto as Exhibit A.

4. A true and correct copy of a letter from James J. Saul to Jody H. Drake dated September 27, 2024 Re: Objection to Use and Registration of LYRICAL MEDIA – U.S. Reg. No. 7,170,817 is attached hereto as Exhibit B.

5. A true and correct copy of an email from Jody Drake to James J. Saul dated October 14, 2024 Re: 9.27.24 Objection to Use and Registration of LYRICAL MEDIA – U.S. Reg. No. 7,170,817 is attached hereto as Exhibit C.

6. On October 17, 2024, the undersigned conferred with Ms. Drake via telephone. On the call, the parties discussed Lyrical's objection to Lyrical Media's use and registration of LYRICAL MEDIA in connection with Class 36 services, and

Ms. Drake conceded that there was some risk of marketplace confusion. The parties ultimately agreed to resolve the cancellation proceeding and discuss the larger issue of Lyrical Media's use of the LYRICAL MEDIA mark at a later date.

7. On October 28, 2024, Lyrical Media's counsel provided a draft joint motion to amend the services in Lyrical Media's registration and dismiss the cancellation ("Joint Motion"). A true and correct copy of the draft Joint Motion is attached hereto as Exhibit D.

8. On October 31, 2024, the undersigned provided edits to the Joint Motion. A true and correct copy of the revised Joint Motion is attached hereto as Exhibit E.

9. On December 30, 2024, Lyrical Media filed the as-revised Joint Motion with the TTAB. A true and correct copy of the as-filed Joint Motion is attached hereto as Exhibit F.

10. A true and correct copy of an email exchange between James J. Saul and Jody Drake containing emails from May 14, 2025 through October 31, 2025 is attached hereto as Exhibit G.

11. True and correct copies of screencaptures of <lyricalmedia.com> from December 19, 2025, March 16, 2026, and April 14, 2026 obtained from archive.org on July 20, 2026 are attached hereto as Exhibit H.

12. A true and correct copy of a trademark application record for the mark LYRICAL GAMES, U.S. Ser. No. 99/337,023, filed by Lyrical Media on August 14, 2025 is attached hereto as Exhibit I.

13. A true and correct copy of an article titled *Lyrical Media Acquires Line Mileage, Launches Division Led by Jacob Robinson*, dated November 17, 2025 and available at https://deadline.com/2025/11/lyrical-media-acquires-line-mileage-new-animation-division-1236620505/ is attached hereto as Exhibit J.

14. A true and correct copy of an article titled *Lyrical Media Hires the North Road Company's Jonathan Faust as CFO (EXCLUSIVE)* dated September 26, 2025

and available at https://variety.com/2025/tv/news/lyrical-media-cfo-jonathan-faust-1236530344/ is attached hereto as Exhibit K.

15. A true and correct copy of an article titled *Lyrical Media Launches Indie Video Games Publisher Led by UTA, Take Two Vet Blake Rochkind: Three Titles in Development (EXCLUSIVE)* dated August 4, 2025 and available at https://variety.com/2025/gaming/news/lyrical-media-video-game-publisher-blake-rochkind-1236477225/ is attached hereto as Exhibit L.

16. A true and correct copy of an email from Jody Drake to Katlyn M. Moseley and James J. Saul dated April 3, 2026 Re: Continued Objection to Use and Registration of LYRICAL MEDIA – U.S. Reg. No. 7,170,817 is attached hereto as Exhibit M.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2026, at Chicago, Illinois.

______________________
James J. Saul